UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CR622-010
    )
KEVIN DERRELL PONDER    )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Daniel J. O'Connor** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Daniel J. O'Connor** be granted leave of absence for the following periods: August 25, 2023 through August 29, 2023.

**SO ORDERED**, this the ___19th___ day of July, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA